UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 18-15(1) (JNE/DTS) |
| Plaintiff, | |
| v. | ORDER |
| TONY LENDELL REED, | |
| Defendant. | |

Oral argument was heard on March 21, 2018 upon the following motions: [1]

#26   Defendant's Motion for Discovery
#27   Defendant's Motion for Disclosure of Informants
#28   Defendant's Motion to Retain Rough Notes
#32   Plaintiff's Motion for Discovery

LeeAnn K. Bell, Assistant U.S. Attorney, appeared on behalf of Plaintiff; Daniel L. Gerdts, Esq., appeared on behalf of Defendant Tony Lendell Reed, who was present.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Defendant's Motion for Discovery Pursuant to Rules 12(b)(3)(E), 12(h), 16 and 26.2 [Docket No. 26] is GRANTED based upon the Government's representation that it has provided and will continue to provide discovery in compliance with those rules. The Government is encouraged, but not required, to provide Jencks Act materials prior to trial.

---

[1]   The Court will issue a separate Report and Recommendation on Defendant's Motion to Suppress Identification Evidence [Docket No. 29], Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 30] and Defendant's Motion to Suppress Statements [Docket No. 31].

2. Defendant's Motion for Disclosure of Informants [Docket No. 27] is DENIED as moot. At the March 21 motion hearing, Defendant allowed that, should the Government stipulate on the record that the confidential informant was a mere tipster, he would no longer seek the informant's identity. Because the Government stipulated on the record that the informant was a mere tipster, the motion is denied as moot.

3. Defendant Wright's Motion to Retain Rough Notes [Docket No. 28] is GRANTED. While the Government must retain its rough notes, it is not required to produce them at this time.

4. Plaintiff's Motion for Discovery Pursuant to Federal Rules of Criminal Procedure 16(b), 12.1, 12.2, 12.3 and 26.2. [Docket No. 32] is GRANTED.

Dated:     March 22, 2018

*s/ David T. Schultz*
DAVID T. SCHULTZ
United States Magistrate Judge