UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

v.

Tony Lendell Reed,

      Defendant.

Case No. 18-cr-15 (JNE/DTS) (1)
ORDER

In a Report and Recommendation dated April 26, 2018, the Honorable David T. Schultz, United States Magistrate Judge, recommended that Defendant's motion to suppress identification evidence be reserved as a motion in limine, that Defendant's motion to suppress search and seizure evidence be denied, and that Defendant's motion to suppress statements be granted in part and denied in part. No objection to the Report and Recommendation has been made. The Court accepts the recommended disposition [Docket No. 48]. Therefore, IT IS ORDERED THAT:

1. Defendant's motion to suppress identification evidence [Docket No. 29] is reserved as a motion in limine.

2. Defendant's motion to suppress search and seizure evidence [Docket No. 30] is DENIED.

3. Defendant's motion to suppress statements [Docket No. 31] is GRANTED IN PART and DENIED IN PART.

Dated: May 21, 2018

                                            s/ Joan N. Ericksen
                                            JOAN N. ERICKSEN
                                            United States District Judge